United States District Court
Northern District of California

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST, IBEW NINTH DISTRICT PENSION TRUST, NORTHERN CALIFORNIA JOINT APPRENTICESHIP AND TRAINING TRUST, NORTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST AND THE NATIONAL ELECTRICAL BENEFIT TRUST and DOUG LUNG AND GERALD PFEIFFER, TRUSTEES OF THE IBEW/NECA SOUND AND COMMUNICATIONS HEALTH AND WELFARE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>JLP LOW VOLTAGE, a California partnership,<br><br>Defendant. | Case No.  5:14-cv-00744 HRL<br><br>**ORDER RE PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs having voluntarily dismissed this action pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to close the file.  Plaintiffs may file a motion to reopen this matter if

1  defendant becomes delinquent at any time before November 27, 2014.

2  **SO ORDERED**.

3  Dated:   June 3, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-00744-HRL Notice has been electronically mailed to:

Chloe Isabelle Quail     cquail@neyhartlaw.com

Mark Hanley Lipton     liptonapc@aol.com

Richard K. Grosboll     rgrosboll@neyhartlaw.com